# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARON MORRIS,** | ) Case No. **2:!1-CV-04488-FMO** |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **POWELL LAW OFFICE, PC,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 4th day of January, 2012.

_____/s/_____
The Honorable Fernando M. Olguin